UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : CRIMINAL NO. 3:18cr 5 (VAB)

v. : VIOLATION:
: 18 U.S.C. § 1343 (Wire Fraud)
CANDACE RISPOLI :

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Wire Fraud)

1. Defendant CANDACE RISPOLI ("RISPOLI") worked for Lodestone Management Consultants, later known as Infosys Consulting (together, "the Company"), from approximately January 2012 until June 2016.

2. In her capacity as a Company employee, RISPOLI had a Company American Express credit card to use to pay for travel, entertainment, and other business expenses incurred by the Company's employees and potential employees.

3. Beginning in approximately 2013, RISPOLI worked for the Company from her home in Connecticut, which she shared with her then-boyfriend, Michael Miano ("Miano"), who is charged separately.

### The Scheme to Defraud

4. Beginning in approximately 2013, the precise date being unknown to the Grand Jury, and continuing until approximately June 2016, in the District of Connecticut and elsewhere, RISPOLI, knowingly and with intent to defraud, devised a scheme and artifice to defraud and obtain money and property from the Company by means of materially false and fraudulent pretenses, representations and promises.

## Manner and Means of the Scheme

5. As part of the scheme and artifice to defraud, RISPOLI, without the Company's permission, charged her own and Miano's personal expenses to the Company's American Express credit card, including a rental car in Miano's name, airline tickets, hotel reservations, and meals.

6. As further part of the scheme and artifice to defraud, RISPOLI, without the Company's permission, transferred funds from the Company's American Express credit card to PayPal and Venmo accounts controlled by RISPOLI and Miano.

7. As further part of the scheme and artifice to defraud, RISPOLI created a PayPal account in the name of another Company employee without his knowledge or approval. RISPOLI then transferred funds, without the Company's permission, from the Company's American Express card to that PayPal account, which she controlled.

8. As further part of the scheme and artifice to defraud, and to conceal her fraudulent conduct, RISPOLI altered the Company's American Express account statements and created false billing summaries, which were then emailed to the Company's accounting firm.

## Execution of the Scheme

9. On or about March 30, 2015, in the District of Connecticut and elsewhere, having devised a scheme and artifice to defraud the Company by obtaining money and property by means of materially false and fraudulent pretenses and acting with the purpose of executing that scheme and artifice, RISPOLI knowingly transmitted and caused to be transmitted writings, signs, signals, pictures and sounds by means of wire communications in interstate commerce, namely, an email from candace_rispoli@infosys.com to an employee of the Company's accounting firm located in South Carolina, attaching an altered American Express account statement and a false billing summary.

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY

JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY