Criminal Std (6/13/2012)

HONORABLE: Sarah A. L. Merriam
DEPUTY CLERK: A. Caffrey
RPTR/ECRO/TAPE: FTR - CR5
USPO: Mark Myers
INTERPRETER:
TOTAL TIME: ____ hours 25 minutes
DATE: 1/19/2018   START TIME: 11:38AM   END TIME: 12:03PM

## COURTROOM MINUTES

- [x] IA-INITIAL APPEAR
- [ ] BOND HRG
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [x] DETENTION HRG
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [x] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [x] MOTION HRG

CRIMINAL NO. 3:18-cr-00005-VAB   DEFT # ____

Heather L. Cherry
AUSA

**UNITED STATES OF AMERICA**
vs
Candace Rispoli

Hugh F. Keefe
Counsel for Defendant Ret [x] CJA [ ] PDA [ ]

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [x] [x] Arrest Date (CT Case): 01-19-2018   [ ] Case unsealed or [ ] Rule 5 arrest, _____ Dist of _____
- [ ] CJA 23 Financial Affidavit filed [ ] under seal
- [ ] Order Appointing Federal Public Defender's Office filed
- [ ] Court appoints Attorney _____ to represent defendant for [ ] this proceeding only [ ] all proceedings
- [ ] Appearance of _____ filed
- [ ] [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [x] Plea of [x] not guilty [ ] guilty [ ] nolo contendere to count(s) One of the Indictment
- [ ] Petition to Enter Guilty Plea filed                                              (indict, superseding indict, info)
- [ ] Defendant motions due _____; Government responses due _____
- [ ] Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for _____ at _____
- [x] Jury Selection set for 03-19-2018 at 9:00AM
- [ ] Remaining Count(s) to be dismissed at sentencing
- [ ] Sentencing set for _____ at _____ [ ] Probation 246B Order for PSI & Report
- [ ] Special Assessment of $_____ on count(s)_____. Total $_____ [ ] Due immediately [ ] Pay at sentencing
- [ ] Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Order of Detention filed
- [ ] Deft ordered removed/committed to originating /another District of _____
- [ ] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] Waiver of Rule 5 Hearing filed
- [ ] Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [x] Bond [x] set at $100,000 [ ] reduced to $_____ [x] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] Defendant detained
- [ ] _____ Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- [ ] Set Attorney Flag and notify Federal Grievance Clerk

[x] SEE page II for [x] conditions of bond [x] additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☒ ..... Deft ☒ must surrender passport by 4:00 p.m. on 01-26-2018 ; ☐ Must not apply for a passport.
to Bridgeport Clerk's Office

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

**ADDITIONAL PROCEEDINGS**

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☒ ..... Govt's oral motion  to unseal case ☒ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: