UNITED STATES DISTRICTCOURT
DISTRICT OF CONNECTICUT

NOTICE TO COUNSEL

    This case is designated as an electronically filed case. This means that all pleadings will be required to be filed electronically, pursuant to the accompanying Electronic Filing Order. Documents filed electronically must be filed in OCR text searchable PDF format. The procedures contained in the District's CM/ECF Policies and Procedures Manual will apply and counsel will be required to register with the Clerk's Office and provide an email address. The Manual can be found on the court's website at www.ctd.uscourts.gov. All activity in the case (e.g., pleadings, orders, notices and calendars) will be filed/sent electronically from that date forward.

    If electronic filing would impose an undue burden on counsel or the parties, you may move to vacate the Electronic Filing Order, for good cause shown. Any pleadings filed before the effective date, including a motion to vacate the Electronic Filing Order, should be filed in paper form.

    SO ORDERED.

    /s/ Victor A. Bolden
    Victor A. Bolden
    United States District Judge

Rev 10/23/15

United States District Court
District of Connecticut

ELECTRONIC FILING ORDER

The Court orders that the parties in this case shall file electronically all documents.

The following requirements are imposed:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures that implement the District's CM/ECF system.

2. Documents filed electronically must be filed in OCR text searchable PDF format.

3. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

<u>Criminal Cases</u>: All pleadings (including briefs and exhibits) supporting or opposing the following:

    a.    Motions to dismiss the indictment;
    b.    Motions to suppress;
    c.    Motions to modify presentence reports;
    d.    Requested jury instructions;
    e.    Trial briefs; and
    f.    Any other filing requested by the court.

/s/ Victor A. Bolden
Victor A. Bolden
United States District Judge