UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:18CR5(VAB) |
| | : | |
| v. | : | |
| | : | |
| CANDACE RISPOLI | : | June 4, 2018 |

## GOVERNMENT'S MOTION FOR A *FRYE* HEARING

The United States hereby respectfully moves the Court to schedule a hearing to canvas the defendant and her counsel pursuant to *Missouri v. Frye*, 566 U.S. 134 (2012).

On January 18, 2018, a grand jury sitting in the District of Connecticut returned an indictment charging the defendant, Candace Rispoli, with one count of wire fraud. Jury selection was scheduled for March 19, 2018. The Government presented the defendant with a written plea agreement that was set to expire on February 23, 2018. On February 13, 2018 the Government moved the Court to schedule a *Frye* hearing [doc. # 13], which the Court granted [doc. #14]. Subsequently, the defendant moved to continue jury trial [doc. # 16], which was also granted [doc. # 17]. There was no *Frye* hearing and jury selection was continued until September 10, 2018.

On March 27, 2018, the Government presented the defendant a revised written plea agreement. The Government now requests that a *Frye* hearing be scheduled for the week of June 18, 2018, after which time the plea agreement will expire and the Government will begin preparing for trial. In the event the defendant does not elect to accept the plea offer and the matter proceeds to trial, the Government may seek a superseding indictment.

In addition, given Fed. R. Crim. P. 11(c)(1)'s requirement that "[t]he court must not participate in [plea] discussions," the Government recommends, out of an abundance of caution, that a magistrate judge and not this Court conduct the *Frye* canvas.

WHEREFORE, the Government respectfully requests that the Court grant the motion.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

_____/s_____
HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv07037
heather.cherry@usdoj.gov
JONATHAN FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system.  Parties may access this filing through the Court's CM/ECF System.

_____
HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY