UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:18-cr-00005(VAB)** |
| | : | |
| **v.** | : | |
| | : | |
| **CANDACE RISPOLI** | : | **JUNE 6, 2018** |

**OBJECTION TO GOVERNMENT'S MOTION FOR A *FRYE* HEARING**

The Defendant and her counsel respectfully object to the Government's Motion For A *Frye* Hearing (Doc. 21). The Defendant was indicted on January 18, 2018. Less than one month later the Government filed its first Motion For *Frye* Hearing (Doc. 13). The right to the effective assistance of counsel, including during the plea bargaining process, entitles a defendant and her attorneys more than one month to review discovery and any proposed plea agreements that involve a first criminal conviction and the collateral consequences thereof. Threats of withdrawing a proposed plea agreement less than 30 days after indictment and now to be seeking a superseding indictment, should not be used to intimidate a defendant into entering a guilty plea.

While Frye does stand for the proposition that "as a general rule, defense counsel has the duty to communicate formal offers from the prosecution to accept a plea on terms and conditions that may be favorable to the accused," Missouri v. Frye, 566 U.S. 134, 145 (2012), there is nothing before the Court to indicate that defense counsel in the present matter has been

deficient regarding same.  In fact, evidence to the contrary has been presented.  As noted by the Government, a revised written plea agreement was presented to the Defendant on March 27, 2018.  This was a result of defense counsel performing their obligations by engaging in plea negotiations with the Government.

  WHEREFOR, for the foregoing reasons, it is requested that the court deny the Government's motion.

                  /s/  Hugh F. Keefe
                HUGH F. KEEFE, ESQ. ct05106
                Hkeefe@ltke.com
                MATTHEW D. POPILOWSKI, ESQ. ct28869
                mpopilowski@ltke.com
                Lynch, Traub, Keefe and Errante, P.C.
                52 Trumbull Street
                New Haven, CT 06510
                Tel. 203-787-0275
                Fax.203-782-0278

## **CERTIFICATION OF SERVICE**

  I hereby certify that on JUNE 6, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to receive electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                /s/ Hugh F. Keefe
                HUGH F. KEEFE, ESQ. ct05106