## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:18-cr-00005(VAB) |
| | : | |
| v. | : | |
| | : | |
| CANDACE RISPOLI | : | OCOTBER 23, 2018 |

### MOTION TO REFER DEFENDANT TO SUPPORT COURT

The Defendant respectfully requests that she be referred to Support Court in order to continue her treatment for her addiction. Ms. Rispoli was hospitalized for several days at the end of August into the beginning of September after being injured and during which time she detoxed from alcohol. Three weeks later, she was admitted to the High Watch Recovery Center and completed three weeks of inpatient treatment. Continued treatment at the present time is necessary to keep Ms. Rispoli was relapsing.

Ms. Rispoli's Pretrial Probation Officer, Lisa van Sambeck has no objection to this request.

Assistant United States Attorney Heather Cherry was contacted on today's date and indicated that the Government needs time to decide what position it will take.

WHEREFOR, for the foregoing reasons, it is requested that the court refer Ms. Rispoli to Support Court.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET P.O. BOX 1612 NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275 FACSIMILE (203) 782-0278

/s/ Hugh F. Keefe
HUGH F. KEEFE, ESQ. ct05106
Hkeefe@ltke.com
MATTHEW D. POPILOWSKI, ESQ. ct28869
mpopilowski@ltke.com
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
New Haven, CT 06510
Tel. 203-787-0275
Fax.203-782-0278

**CERTIFICATION OF SERVICE**

I hereby certify that on OCTOBER 23, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to receive electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Hugh F. Keefe
HUGH F. KEEFE, ESQ. ct05106