## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:18-cr-00005(VAB) |
| | : | |
| v. | : | |
| | : | |
| CANDACE RISPOLI | : | OCTOBER 23, 2018 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM

The Defendant, Candace Rispoli, respectfully moves this court for an extension of time from October 24th to October 26th to file her Sentencing Memorandum. An additional extension will be sought if the Defendant is referred to Support Court and her sentencing postponed.

Assistant United States Attorney has been contacted and consented to the requested extension of time.

WHEREFORE, the Defendant respectfully requests that the Court grant the foregoing request.

    /s/ Hugh F. Keefe
HUGH F. KEEFE, ESQ. ct05106
Hkeefe@ltke.com
MATTHEW D. POPILOWSKI, ESQ. ct28869
mpopilowski@ltke.com
Lynch, Traub, Keefe and Errante, P.C.

52 Trumbull Street
New Haven, CT 06510
Tel. 203-787-0275
Fax.203-782-0278

**CERTIFICATION OF SERVICE**

     I hereby certify that on October 23, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to receive electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

     /s/ Hugh F. Keefe