## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | 3:18-cr-00005(VAB) |
|---|---|---|
| v. | : | |
| CANDACE RISPOLI | : | OCTOBER 25, 2018 |

### MOTION TO SEAL DEFENDANT'S MEDICAL AND TREATMENT RECORDS

Pursuant Local Rule 5(e) The Defendant, Candace Rispoli, respectfully moves this court for an order sealing the Defendant's medical and treatment records she intends to file in support of her Motion To Refer Defendant To Support Court. (ECF 39). Such documents will assist the court in deciding her Motion to Refer and contains private medical information which is exempt from public disclosure under federal law. See Public Law 104-191. Under Local Rule 5(e)(3) "A statute mandating or permitting the non-disclosure of a class of documents (e.g., personnel files, health care records, or records of administrative proceedings) provides sufficient authority to support an order sealing such documents.

WHEREFORE, the Defendant respectfully requests that the Court grant this request at which time the records will be filed under seal.

    /s/  Hugh F. Keefe
HUGH F. KEEFE, ESQ. ct05106
Hkeefe@ltke.com
MATTHEW D. POPILOWSKI, ESQ. ct28869
mpopilowski@ltke.com
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
New Haven, CT 06510
Tel. 203-787-0275
Fax.203-782-0278

**CERTIFICATION OF SERVICE**

I hereby certify that on October 25, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to receive electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Hugh F. Keefe