# UNITED STATES DISTRICT COURT
## for
## Connecticut

U.S.A. vs. Candace Christine Rispoli          Docket Number: 0205 3:18CR00005-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Lisa van Sambeck, Probation Officer, presenting an official report upon the conduct of defendant Candace Christine Rispoli, who was placed under pretrial release supervision by the Honorable Sarah A.L. Merriam sitting in the court at New Haven, Connecticut, on the 19th day of January, 2018 under the following conditions:

Submit to supervision by and report for supervision to the USPO telephone number _____ no later than _____

- [✓] continue or actively seek employment.
- [✓] surrender any passport to: Clerks office
- [✓] not obtain a passport or other international travel document.
- [✓] abide by the following restrictions on personal association, residence, or travel:
  Do not leave State of Connecticut without advance approval of USPO
- [✓] avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including:
  Michael Miano
- [✓] get medical or psychiatric treatment:
  as directed by USPO
- [✓] not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. ¶ 802, unless prescribed by a licensed medical practitioner.
- [✓] not possess a firearm, destructive device, or other weapon
- [✓] submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- [✓] participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- [✓] report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

Do no open any bank accounts or lines of credit without the advance approval of the USPO

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 20, 2018, Ms. Rispoli's urinalysis screen was positive for alcohol. Additionally, on November 26, 2018, she was given a breathalyser test which returned results of .261. On November 27, 2018, her

breathalyser results were .071. On December 6, 2018, a urinalysis test came back positive for alcohol and Phencyclidine (PCP). On that same day she was given a breathalyser test which returned results of .111. On December 10th and 11th, Ms. Rispoli admitted to drinking alcohol on the aforementioned dates.

The U.S. Probation Officer and Ms. Rispoli's substance abuse counselor have been working together to find an appropriate level of care for Ms. Rispoli. She was enrolled and participating in Intensive Outpatient Therapy (IOP) at Connecticut Renaissance located in Bridgeport, Connecticut. However, it has been determined that Ms. Rispoli needs a higher level of care. She agreed to go to detox followed by admission into an inpatient program. On December 11, 2018, Ms. Rispoli's father, Gary Rispoli drove her to Saint Vincent's Hospital emergency room located in Bridgeport, Connecticut. She was admitted and accepted for a medical detox. While there, Ms. Rispoli will work with hospital personal and U.S Probation to find an inpatient treatment program. It is hoped that she will enter a program quickly, however, there may be a lapse in treatment due to bed availability. Upon release from inpatient treatment, Ms. Rispoli will continue with outpatient follow up care and interview for the Support Court Program located in Bridgeport, Connecticut.

PRAYING THAT THE COURT WILL ORDER a modification of bond to include the condition of "no alcohol use."

ORDER OF COURT

Considered and ordered this 15th day of January, 20 19 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct

Executed on Dec 13, 2018

Lisa van Sambeck
U.S. Probation Officer

Place Bridgeport, Connecticut

**Submit by Email** | **Print** | **Save As...**