AO 83 (Rev. 3/11) (CT Rev 10/15) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## for the

## District of Connecticut

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No.   0205 3:18CR00005-001 |
| | ) | |
| Candace Christine Rispoli | ) | |
| *Defendant* | ) | |
| | ) | |
| | ) | |
| | ) | |

### SUMMONS IN A CRIMINAL CASE

   **YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

| Place:  Honorable Victor A. Bolden<br>U.S. District Judge<br>915 Lafayette Boulevard - Suite 417<br>Bridgeport, CT 06604 | Courtroom No.:     Courtroom 2 |
|---|---|
| | Date and Time:     May 9, 2019          2:00 PM |

This offense is briefly described as follows:

The defendant was discharged unsuccessfully from inpatient treatment.

Date:   5/7/2019

*Issuing officer's signature*

Kathi Torres Deputy Clerk
*Printed Name and Title*

I declare under penalty of perjury that I have:

☐ Executed and returned the summons          ☐ Returned the summons unexecuted

Date:

*Server's signature*

*Printed name and title*

☐ INSTRUCTIONS: Check this box to lock fields when completed.  Issuing Officer is the Clerk of Court once checked Form CAN NOT be edited, you may want to save this form then check this box.